IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **TERRY WAYNE TRAINER,** | CASE NO. CIV S-04-0027 DFL PAN P |
| Petitioner, | |
| v. | [PROPOSED] ORDER |
| **D. BUTLER,** | |
| Respondent. | |

GOOD CAUSE APPEARING, Respondent is granted leave to file a Supplemental Answer to the Petition for Writ of Habeas Corpus. Petitioner may file a reply within 30 days from the date of service of this order. The Clerk is directed to file the Supplemental Answer attached to Respondent's request for leave.

Dated:  July 19, 2005.

　　　　　　　　　　　　　　　　　　/s/ Peter A. Nowinski
　　　　　　　　　　　　　　　　　　PETER A. NOWINSKI
　　　　　　　　　　　　　　　　　　Magistrate Judge

Order

1