IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERRY WAYNE TRAINER,

       Petitioner,                    No. CIV S-04-0027 JAM EFB P

   vs.

D. BUTLER,

       Respondent.               <u>ORDER</u>

_____/

       Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

       On May 5, 2008, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. No objections to the findings and recommendations have been filed.

       The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1

1.  The findings and recommendations filed May 5, 2008, are adopted in full; and

2.  Petitioner's application for a writ of habeas corpus is dismissed in light of his death during the pendency of this action.

IT IS SO ORDERED.

DATED: August 14, 2008

/s/ John A. Mendez
UNITED STATES DISTRICT JUDGE